Todd M. Friedman, Esq. (SBN 216752)
Law Office of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Tel:   877-206-4741
Fax:   866-623-0228
tfriedman@attorneysforconsumers.com
Attorney for Plaintiff

Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:   619/758-1891
Fax:   619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz
Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH RUFFALO, | Case No.  C09-02819 JCS ADR |
| Plaintiff, | JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT |
| vs. | |
| NCO FINANCIAL SYSTEMS, INC., | |
| Defendant. | |

/ / /

/ / /

/ / /

Joint Stipulation for Extension of Time for Defendant to Respond to Complaint

1

1  Defendant, NCO Financial Systems, Inc, (hereinafter "NCO"), and plaintiff,
2  Joseph Ruffalo, hereby stipulate to extend NCO's time to file a responsive pleading to
3  July 31, 2009. This brief extension of time will permit defendant to investigate plaintiff's
4  claims and to allow the parties to attempt to resolve the case. No party will be prejudiced
5  by this brief extension of time to respond to the Complaint, and the extension will not
6  alter and dates or deadlines set by this Court.

Based on the foregoing, the parties stipulate to extend NCO's time to respond to file a responsive pleading to July 31, 2009.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: 7/17/09 | SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P. |
|  | /s/ Albert R. Limberg<br>Albert R. Limberg<br>Attorney for Defendant<br>NCO Financial Systems, Inc. |
| Dated: 7/17/09 | LAW OFFICES OF TODD M. FRIEDMAN, P.C. |
|  | /s/ Todd M. Friedman<br>Todd M. Friedman<br>Attorney for Plaintiff<br>Joseph Ruffalo |

_____

Dated: July 28, 2009



IT IS SO ORDERED
Judge Joseph C. Spero

Joint Stipulation for Extension of Time for Defendant to Respond to Complaint

2